UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA SWANSON,

                Plaintiff,

    v.

LEXINGTON INSURANCE COMPANY, a foreign company; and ISSAQUAH CARE CENTER, LLC, a Washington Corporation,

                Defendants.

No. C06-00005L

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. On January 19, 2006, plaintiff Sandra Swanson filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkts. ## 9–10) (motion and supporting declaration). Swanson is hereby ORDERED to show cause why she should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4). Swanson shall immediately deliver a paper copy of the documents filed on January 19, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Swanson shall respond to this order to show cause no later than five days from the date of this Order.

      DATED this 24th day of January, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE